PD-1341-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 7/27/2015 12:00:00 AI
Accepted 7/27/2015 8:13:45 AI
ABEL ACOST.
CLER

## IN THE
# COURT OF COURT OF CRIMINAL APPEALS OF TEXAS

---

## No. PD-1341-14

---

### STACY STINE CARY, Appellant

### v.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
### Court of Appeals No. 05-12-01421-CR

---

### APPELLANT'S UNOPPOSED FIRST MOTION
### TO EXTEND TIME TO FILE REPLY BRIEF

Appellant Stacy Stine Cary respectfully moves for an extension of time to file her Appellant's Brief by until **August 14, 2015**. In support of this motion, she would respectfully show as follows:

1. The deadline for filing the Appellant's Brief is July 27, 2015.

2. Appellant seeks an extension of time of 18 days, until **August 14, 2015**.

3. An extension is necessary because of appellate counsel's schedule and the complexity of the issues. Appellant's counsel finished a jury trial in Greenville, Texas during the week of July 13, 2015, and he has been trying to

Unopposed Motion for Extension of Time--Page 1

catch up with other matters since then. Appellant's counsel has a hearing in federal court in McAllen, Texas on Monday, July 27, 2015 and then is scheduled to take his eleven-year-old special needs son to Europe and will return on the evening of August 8, 2015. **APPELLEE, THE STATE OF TEXAS, DOES NOT OPPOSE THIS REQUESTED EXTENSION.**

4.    No previous extension has been sought or granted.

Respectfully submitted,

____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel: (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLANT,
STACY STINE CARY

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Joseph Corcoran, counsel for Appellee, the State of Texas, and the Appellee does not oppose this motion.

____/s/ John M. Helms_____
John M. Helms

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of this instrument has been served on counsel of record on July 25, 2015, as follows:

Joseph Corcoran
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711
\* DELIVERED VIA E-MAIL \*

_____/s/ John M. Helms_____

John M. Helms